IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| WALTER A. MOSLEY, JR., #1097934 | § | |
| ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:06cv291 |
| | § | |
| BOWIE COUNTY, ET AL. | § | |

## ORDER OF DISMISSAL

Plaintiff Walter A. Mosley, Jr., an inmate confined at the Telford Unit of the Texas prison system, filed the above-styled and numbered civil lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). All motions not previously ruled on are **DENIED**.

**SIGNED this 16th day of April, 2007.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE